**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7735**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

BRENT MICHAEL GREEN, a/k/a Big Bruce,

                Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:03-cr-00016-FDW-4)

Submitted: May 14, 2012          Decided: May 24, 2012

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles R. Brewer, Asheville, North Carolina, for Appellant. Anne M. Tompkins, United States Attorney, Amy E. Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent Michael Green appeals the district court's order denying relief on his motion seeking a reduction in sentence, 18 U.S.C. § 3582(c) (2006), based on Amendment 750 to the U.S. Sentencing Guidelines Manual. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Green, No. 3:03-cr-00016-FDW-4 (W.D.N.C. Dec. 15, 2011) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED